# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMIE SCOTT BRYANT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV409-017 |
| SHERIFF AL ST. LAWRENCE, | ) ) ) | |
| Defendant. | ) | |

## **REPORT AND RECOMMENDATION**

Plaintiff Jamie Scott Bryant filed the above-captioned 42 U.S.C. § 1983 civil rights action against defendants on January 26, 2009. (Doc. 1.) The Court granted Bryant leave to proceed in forma pauperis ("IFP"), but directed him to complete and return both a Prison Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form before the case could proceed. (Doc. 3.) On March 16, 2009, the packet containing the IFP order and accompanying forms was returned with a notation stating that plaintiff was no longer at the address he had originally provided. (Doc. 4.)

Plaintiff has neglected to provide the Court with a current mailing address. Local Rule 11.1 places a continuing duty on both attorneys and *pro se* litigants to keep the Court apprised of their current address.

Without a current mailing address, the Court cannot move this case forward or even communicate with plaintiff. A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992). As the Clerk has no valid address for the plaintiff (who has evidently lost interest in his case), he is excused from any further attempts to serve the plaintiff.

**SO REPORTED AND RECOMMENDED** this 1st day of April, 2009.

/s/␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA